IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY BIGDA PARENT, | : CIVIL ACTION – EQUITY |
| Plaintiff, | : |
| v. | : CASE NO.: 3:10-CV-30055-MAP |
| PRINCIPAL LIFE INSURANCE | : |
| COMPANY and CHECKERBOARD, INC. | : |
| LONG TERM DISABILITY PLAN, | : |
| Defendants. | : |

## JOINT MOTION TO DISMISS DEFENDANT CHECKERBOARD, INC., LONG TERM DISABILITY PLAN

Pursuant to Fed.R.Civ.P. 21, the Parties move to dismiss, without prejudice, named Defendant, Checkerboard, Inc., Long Term Disability Plan. As grounds for this Motion, the Parties agree that the long-term disability benefits under the LTD Plan in this case are fully insured by Defendant, Principal Life Insurance Company ("Principal Life"); and that Principal Life is responsible for the payment of all sums that may be due to Plaintiff under Group Policy No. GLT H46977 which insures the LTD Plan; and that Principal Life, and not the LTD Plan, will be responsible to pay all sums that may be due to Plaintiff arising from the allegations set forth in the Complaint. The Parties further agree that Principal Life will not assert failure to name the LTD Plan as a defense in this matter.

| | | |
|---|---|---|
| /s/Salvatore A. Clement | /s/Jonathan M. Feigenbaum | /s/Philip M. Cronin |
| Salvatore A. Clemente, Esq. | Jonathan M. Feigenbaum, Esq. | Philip M. Cronin, Esq. |
| Peri K. Aqulnek, Esq. | 184 High Street, | 600 Atlantic Avenue |
| 60 Franklin Street, 14th Floor | Suite 503 | Federal Reserve Plaza |
| Boston, MA 02110 | Boston, MA 02110 | Boston, MA 02110 |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Principal Life Insurance* | *Nancy Bigda Parent* | *Checkerboard, Inc., Long* |
| *Company* | | *Term Disability Plan* |

BY THE COURT

ALLOWED.   /s/ Michael A. Ponsor
Judge Michael A. Ponsor

3-7-11

471098.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2011, I electronically filed the Joint Motion to Dismiss Checkerboard, Inc., Long Term Disability Plan using the CM/EC system which will send notification of such filings to the following:

> Jonathan M. Feigenbaum, Esquire
> 184 High Street, Suite 503
> Boston, MA 02110
> jonathan@erisaattorneys.com
>
> Philip M. Cronin, Esquire
> 600 Atlantic Avenue
> Federal Reserve Plaza
> Boston, MA 02110
> PCronin@peabodyarnold.com

> */s/Salvatore A. Clemente*
> Salvatore A. Clemente