```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
```

NANCY BIGDA PARENT,         )
        Plaintiff           )
                            )
            v.              ) 10-CV-30055-MAP
                            )
PRINCIPAL LIFE INSURANCE    )
COMPANY,                    )
        Defendants          )

### PRETRIAL ORDER

May 4, 2011

PONSOR, D.J.

Counsel appeared for a final pretrial conference on April 29, 2011. Based on counsel's representations, the court orders as follows:

> 1. Motions for summary judgment will be filed on or before June 3, 2011 and opposed by June 17, 2011.
>
> 2. Counsel will appear for argument on June 24, 2011 at 10:00 a.m.
>
> It is So Ordered.

                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          United States District Judge